IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JULIO CESAR PORTELA-GOMEZ,

    Petitioner,

v.

WARDEN EMMERICH,

    Respondent.

ORDER

Case No.  26-cv-739-wmc

Petitioner Julio Cesar Portela-Gomez seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than September 1, 2026.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately February 11, 2026 through the date of the petition, August 11, 2026.

ORDER

IT IS ORDERED that:

1.    Petitioner Julio Cesar Portela-Gomez may have until September 1, 2026, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before September 1, 2026, I will assume that petitioner wishes to withdraw this petition.


Entered this 12th day of August, 2026

BY THE COURT:

s/

ANDREW R. WISEMAN
United States Magistrate Judge